IN THE STATE COURT OF HOUSTON COUNTY
STATE OF GEORGIA

NOLA C. MARQUEZ,                          :
                                          :
    Plaintiff,                           :   CIVIL ACTION NO.: 15-V-48757
                                          :
VS.                                       :
                                          :
WAL-MART STORES, INC. and                 :   **PLAINTIFF'S FIRST AMENDMENT**
WAL-MART STORES EAST, LP                  :   **TO COMPLAINT FOR DAMAGES**
(DELAWARE),                               :
                                          :
    Defendants,                          :
_____:

COMES NOW the Plaintiff, Nola C. Marquez, and amends her Complaint by updating previously plead medical expenses and adding additional medical expenses as follows:

1.

Plaintiff Nola C. Marquez incorporates by reference the allegations and demands contained in the original Complaint.

2.

Plaintiff Nola C. Marquez wishes to amend paragraph 15 of her original Complaint by replacing it with paragraph 3 here within.

3.

Plaintiff Nola C. Marquez has incurred the following medical expenses as a direct result of Defendants' negligence:

| | |
|---|---:|
| Houston Healthcare EMS, Inc. | $484.10 |
| Houston Medical Center | 10,705.03 |
| Universal Radiology Consultant | 675.00 |
| OrthoGeorgia | 1,403.00 |
| Open MRI of Georgia, LLC | 1,650.00 |
| Leavengood Chiropractic Healthcare | 306.00 |
| Emory Healthcare | 19,123.00 |
| **TOTAL** | **$34,346.13** |

WHEREFORE, the Plaintiff demands that this amendment be allowed and that she have such other and further relief as is just.

*[signature]*

THOMAS H. HINSON
Ga. State Bar No.: 356850
Attorney for Plaintiff

WESTMORELAND, PATTERSON, MOSELEY & HINSON, LLP
577 Mulberry Street, Suite 550
Fickling Building
Post Office Box 1797
Macon, GA. 31202-1797
Phone:  (478) 745-1651
Fax:    (478) 745-3208

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served the foregoing Plaintiff's First Amendment to Complaint for Damages upon all parties to this action by depositing a true and correct copy of said in the United States Mail, with sufficient postage affixed thereto and properly addressed to ensure prompt delivery to:

> Howard M. Lessinger
> McLain & Merritt, PC
> 3445 Peachtree Road NE
> Suite 500
> Atlanta, GA 30326-3240

This __13__ day of July, 2015.

THOMAS H. HINSON
Ga. State Bar No.: 356850
Attorney for Plaintiff

WESTMORELAND, PATTERSON, MOSELEY & HINSON, LLP
577 Mulberry Street, Suite 550
Fickling Building
Post Office Box 1797
Macon, GA. 31202-1797
Phone:  (478) 745-1651
Fax:    (478) 745-3208