7/28/2015                                                                                          Pleadings



### State Court Civil - Pleadings

<u>Click here to go back</u>

| CASE NUMBER | 2015V048757 |
|---|---|
| DESCRIPTION | DAMAGES - PERSONAL INJURY |
| FILING DATE | 4/14/2015 |
| PLAINTIFF 1 | MARQUEZ, NOLA C |
| DEFENDANT 1 | WALMART STORES INC., |

| DATE | DESCRIPTION |
|---|---|
| 5/14/2015 | ANSWER OF DEFS; CERT REGARDING DISCOVERY; JURY |
| 5/14/2015 | DEMAND; NOT OF TAKING DEPOSITION OF NOLA MARQUEZ |
| 5/27/2015 | CERT OF SER OF PLT'S RESPONSE TO DEFS 1ST REQ FOR |
| 5/27/2015 | ADMISSIONS |
| 6/15/2015 | CERT OF SER OF DEF'S REQ FOR PRO OF DOC TO VARIOUS |
| 6/15/2015 | PARTIES |
| 7/14/2015 | PLT'S 1ST AMENDMENT TO COMPLAINT |
| 7/20/2015 | ANSWER OF DEFS TO PLT'S AMENDED COMPLAINT |

Copyright ©2011 Houston County All rights reserved.

IN THE STATE COURT OF HOUSTON COUNTY
STATE OF GEORGIA

NOLA C. MARQUEZ,

        Plaintiff,

v.

WAL-MART STORES, INC. and
WAL-MART STORES EAST, LP.,

        Defendants.

_____/

Civil Action File No.
15-V-48757

## ANSWER OF DEFENDANTS
## TO PLAINTIFF'S FIRST AMENDMENT TO COMPLAINT

COME NOW, Defendants WAL-MART STORES, INC. (erroneously named)

and WAL-MART STORES EAST, LP. and make this Answer to Plaintiff's Complaint

as follows:

### FIRST DEFENSE

Wal-Mart Stores, Inc. is not a proper party.

### SECOND DEFENSE

Venue is improper as to Wal-Mart Stores, Inc.

### THIRD DEFENSE

Jurisdiction is improper as to Wal-Mart Stores, Inc.

### FOURTH DEFENSE

Plaintiff's Complaint fails to state a claim against Defendants upon which

IN THE STATE COURT OF HOUSTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| NOLA C. MARQUEZ, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 15-V-48757 |
| | : | |
| VS. | : | |
| | : | |
| WAL-MART STORES, INC. and | : | **PLAINTIFF'S FIRST AMENDMENT** |
| WAL-MART STORES EAST, LP | : | **TO COMPLAINT FOR DAMAGES** |
| (DELAWARE), | : | |
| | : | |
| Defendants, | : | |

COMES NOW the Plaintiff, Nola C. Marquez, and amends her Complaint by updating previously plead medical expenses and adding additional medical expenses as follows:

1.

Plaintiff Nola C. Marquez incorporates by reference the allegations and demands contained in the original Complaint.

2.

Plaintiff Nola C. Marquez wishes to amend paragraph 15 of her original Complaint by replacing it with paragraph 3 here within.

3.

Plaintiff Nola C. Marquez has incurred the following medical expenses as a direct result of Defendants' negligence:

| | |
|---|---|
| Houston Healthcare EMS, Inc. | $484.10 |
| Houston Medical Center | 10,705.03 |
| Universal Radiology Consultant | 675.00 |
| OrthoGeorgia | 1,403.00 |
| Open MRI of Georgia, LLC | 1,650.00 |
| Leavengood Chiropractic Healthcare | 306.00 |
| Emory Healthcare | 19,123.00 |
| **TOTAL** | **$34,346.13** |

WHEREFORE, the Plaintiff demands that this amendment be allowed and that she have such other and further relief as is just.

_____
THOMAS H. HINSON
Ga. State Bar No.: 356850
Attorney for Plaintiff

WESTMORELAND, PATTERSON, MOSELEY & HINSON, LLP
577 Mulberry Street, Suite 550
Fickling Building
Post Office Box 1797
Macon, GA. 31202-1797
Phone:  (478) 745-1651
Fax:     (478) 745-3208

IN THE STATE COURT OF HOUSTON COUNTY
STATE OF GEORGIA

NOLA C.  MARQUEZ,

            Plaintiff,

v.

WAL-MART STORES, INC.  and
WAL-MART STORES EAST, LP.,

            Defendants.

_____/

Civil Action File No.
15-V-48757

## CERTIFICATE REGARDING DISCOVERY

Pursuant to Uniform State Court Rule 5.2, as amended, the undersigned hereby certifies that the following discovery has been served upon all persons identified in the Certificate of Service attached hereto and incorporated herein by reference:

DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS TO A NON-PARTY:

       Houston Medical Center (Medical Records)
       Houston Medical Center (Billing Records)
       Houston Medical Center (Radiology)
       Ortho Georgia
       Open MRI of Georgia
       Leavengood Chiropractic
       BlueCross BlueShield of Georgia

McLAIN & MERRITT, P.C.

*Howard M. Lessinger*

Howard M. Lessinger
Georgia Bar No. 447088
Attorneys for Defendants
WAL-MART STORES, INC.
WAL-MART STORES EAST, LP.

FILED IN OFFICE, STATE COURT O
HOUSTON COUNTY

JUN 1 5 2015

*Kendra H. Simons*, Cler



## IN THE STATE COURT OF HOUSTON COUNTY
## STATE OF GEORGIA

NOLA C.  MARQUEZ,                                    Civil Action File No.
                                                    15-V-48757
      Plaintiff,

v.

WAL-MART STORES, INC.  and
WAL-MART STORES EAST, LP.,

      Defendants.
_____/

### NOTICE OF TAKING DEPOSITION

YOU ARE HEREBY notified that beginning on the 20th day of August, 2015,

commencing at 12:00 p.m., at the offices of  WESTMORELAND, PATTERSON

MOSELEY & HINSON, LLP, Fickling Bank Building, 577 Mulberry Street, Suite 550

Macon, Georgia  the deposition will be taken of  Nola C.  Marquez.  Said deposition

will be taken for purposes of discovery and all other purposes provided by law

before an officer duly authorized to administer oaths.  The deposition shall continue

from day-to-day until completion.    This deposition may also be videotaped by a

videographer.

                                McLAIN & MERRITT, P.C.

                                Howard M. Lessinger
                                Georgia Bar No. 447088
                                Attorneys for Defendants

FILED IN OFFICE, STATE
HOUSTON COUNTY

**MAY 1 4 2015**

*Kendra H. Simons*, Clerk



IN THE STATE COURT OF HOUSTON COUNTY
STATE OF GEORGIA

NOLA C.  MARQUEZ,

        Plaintiff,

v.

WAL-MART STORES, INC.  and
WAL-MART STORES EAST, LP.,

        Defendants.

_____/

Civil Action File No.
15-V-48757

## **12-PERSON JURY DEMAND**

    COME  NOW  Defendants,  WAL-MART  STORES,  INC.  and  WAL-MART

STORES EAST, LP. and demand a trial by a jury of twelve (12) persons.

                McLAIN & MERRITT, P.C.

                Howard M. Lessinger
                Georgia Bar Number 447088
                Attorney for Defendants
                WAL-MART STORES, INC.
                WAL-MART STORES EAST, LP.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 365-4514
(404) 364-3138 (fax)
hlessinger@mclain-merritt.com

FILED IN OFFICE, STATE COURT --
HOUSTON COUNTY

MAY 1 4 2015

Kendra H. Simons , Clerk



IN THE STATE COURT OF HOUSTON COUNTY
STATE OF GEORGIA

NOLA C. MARQUEZ,                          Civil Action File No.
                                          15-V-48757
            Plaintiff,

v.

WAL-MART STORES, INC. and
WAL-MART STORES EAST, LP.,

            Defendants.
_____/

## CERTIFICATE REGARDING DISCOVERY

Pursuant to Uniform State Court Rule 5.2, as amended, the undersigned

hereby certifies that the following discovery has been served upon all persons

identified in the Certificate of Service attached hereto and incorporated herein by

reference:

1)    Interrogatories and Request For Production of Documents
2)    Request For Admissions
3)    Response to Request For Admissions to Wal-Mart Stores, Inc.
4)    Response to Request For Admissions to Wal-Mart Stores East, LP.

                    McLAIN & MERRITT, P.C.


                    Howard M. Lessinger
                    Georgia Bar No. 447088
                    Attorneys for Defendants
                    WAL-MART STORES, INC.
                    WAL-MART STORES EAST, LP.

3445 Peachtree Road, N.E.          FILED IN OFFICE, STATE COURT OF
Suite 500                             HOUSTON COUNTY
Atlanta GA  30326
                                   MAY 1 4 2015

                                   Kendra H. Simone        , Clerk

IN THE STATE COURT OF HOUSTON COUNTY
STATE OF GEORGIA

NOLA C. MARQUEZ,                                    Civil Action File No.
                                                    15-V-48757
            Plaintiff,

v.

WAL-MART STORES, INC. and
WAL-MART STORES EAST, LP.,

            Defendants.
_____/

## ANSWER OF DEFENDANTS

COME NOW, Defendants WAL-MART STORES, INC. (erroneously named)

and WAL-MART STORES EAST, LP. and make this Answer to Plaintiff's Complaint

as follows:

## FIRST DEFENSE

Wal-Mart Stores, Inc. is not a proper party.

## SECOND DEFENSE

Venue is improper as to Wal-Mart Stores, Inc.

## THIRD DEFENSE

Jurisdiction is improper as to Wal-Mart Stores, Inc.

## FOURTH DEFENSE

Plaintiff's Complaint fails to state a claim against Defendants upon which

Page -1-

relief can be granted.

FIFTH DEFENSE

Plaintiff's alleged damages, if any, were directly and proximately caused by Plaintiff's own contributory negligence and failure to exercise ordinary care.

SIXTH DEFENSE

Plaintiff was not in the exercise of ordinary care for her own safety in the premises, and by the exercise of ordinary care could have avoided any injury to herself; and on account thereof, Plaintiff is not entitled to recover from Defendants.

SEVENTH DEFENSE

Defendants deny that they were negligent in any manner whatsoever or that any negligent act or omission on their part caused or contributed to any injury or damage alleged to have been sustained by Plaintiff.

EIGHTH DEFENSE

Defendants respond to the enumerated paragraphs of Plaintiff's Complaint as follows:

1.

Defendants lack sufficient knowledge and information to either admit or deny the allegations contained in paragraph 1 of Plaintiff's Complaint.

2.

Defendants admit the allegations contained in paragraph 2 of the Plaintiff's Complaint.

3.

Defendants admit the allegations contained in paragraph 3 of the Plaintiff's Complaint.

4.

Defendants admit the allegations contained in paragraph 4 of the Plaintiff's Complaint.

5.

Defendants admit the allegations contained in paragraph 5 of the Plaintiff's Complaint.

6.

Defendants deny the allegations contained in paragraph 6 of the Plaintiff's Complaint.

7.

Defendants admit the allegations contained in paragraph 7 of the Plaintiff's Complaint as to Wal-Mart Stores East, LP.     Defendants deny the allegations contained in paragraph 7 of the Plaintiff's Complaint as to Wal-Mart Stores, Inc.

8.

Defendants lack sufficient knowledge and information to either admit or deny the allegations contained in paragraph 8 of Plaintiff's Complaint.

9.

Defendants deny the allegations contained in paragraph 9 of the Plaintiff's Complaint.

10.

Defendants lack sufficient knowledge and information to either admit or deny the allegations contained in paragraph 10 of Plaintiff's Complaint, as "in the area" is not defined.

11.

Defendants deny the allegations contained in paragraph 11 of the Plaintiff's Complaint.

12.

Defendants deny the allegations contained in paragraph 12 of the Plaintiff's Complaint.

13.

Defendants deny the allegations contained in paragraph 13 of the Plaintiff's Complaint.

14.

Defendants deny the allegations contained in paragraph 14 of the Plaintiff's Complaint.

15.

Defendants deny the allegations contained in paragraph 15 of the Plaintiff's Complaint.

16.

Defendants deny the allegations contained in paragraph 16 of the Plaintiff's Complaint.

17.

Defendants deny the allegations contained in paragraph 17 of the Plaintiff's Complaint.

18.

Defendants deny the allegations contained in paragraph 18 of the Plaintiff's Complaint.

19.

Defendants deny the allegations contained in paragraph 19 of the Plaintiff's Complaint.

20.

Defendants deny the allegations contained in paragraph 20 of the Plaintiff's Complaint as to Wal-Mart Stores, Inc.  Defendant Wal-Mart Stores East, LP.  lacks sufficient knowledge and information to either admit or deny the allegations contained in paragraph 20 of Plaintiff's Complaint.

21.

Defendants deny the allegations contained in paragraph 21 of the Plaintiff's Complaint.

22.

Defendants deny the allegations contained in paragraph 22 of the Plaintiff's Complaint.

23.

Defendants deny the allegations contained in paragraph 23 of the Plaintiff's Complaint.

24.

Defendants deny the allegations contained in paragraph 24 of the Plaintiff's Complaint.

25.

Defendants deny the allegations contained in paragraph 25 of the Plaintiff's

Complaint.

26.

Defendants deny the allegations contained in paragraph 26 of the Plaintiff's Complaint.

27.

Defendants deny the allegations contained in paragraph 27 of the Plaintiff's Complaint.

28.

Defendants deny the allegations contained in paragraph 28 of the Plaintiff's Complaint.

29.

Defendants deny the allegations contained in paragraph 29 of the Plaintiff's Complaint.

30.

Defendants deny the allegations contained in paragraph 30 of the Plaintiff's Complaint.

31.

All other allegations contained in the Complaint which are not specifically responded to herein, are, therefore, denied.

32.

Defendants deny Plaintiff's prayer for relief, including all subparts thereof.

WHEREFORE, Defendants pray that Plaintiff's Complaint be dismissed with all costs cast upon the Plaintiff.  DEFENDANTS DEMAND TRIAL BY A JURY OF TWELVE (12) PERSONS AS TO ALL ISSUES SO TRIABLE.

McLAIN & MERRITT, P.C.

Howard M. Lessinger
Georgia Bar No. 447088
Attorneys for Defendants
WAL-MART STORES, INC.
WAL-MART STORES EAST, LP.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4514
(404) 364-3138 (fax)
hlessinger@mclain-merritt.com

Page -8-

Civil Action No. _15-V-48757_

Date Filed __APR 1 4 2015__

Civil Court ☐
Superior Court ☐
State Court ☒
Magistrate Court ☐

**SERVICE COPY**

Georgia, _HOUSTON_____ COUNTY

_NOLA C. MARQUEZ_____

_____

                                    Plaintiff

Attorney's Address

THOMAS H. HINSON
Westmoreland, Patterson, Moseley & Hinson, LLP
577 Mulberry Street, Suite 550
Fickling Building
Post Office Box 1797
Macon, GA. 31202-1797

VS.

_WAL-MART STORES, INC. and WAL-MART STORES_

_EAST, LP (DELAWARE)_____

                                    Defendants

Name and Address of Party to be Served

_WAL-MART STORES, INC._____
_C/O CORPORATION PROCESS COMPANY_
_2180 SATELLITE BLVD, SUITE 400_____
_DULUTH, GA 30097_____

_____

                                    Garnishee

### SHERIFF'S ENTRY OF SERVICE

I have this day served the Garnishee _____ by leaving a copy of the
within action and summons with _____

I have this day served the defendant, _____ personally with a copy
of the within action and summons.

I have this day served the defendant _____ by leaving a copy of the action and
summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:

age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

Served the defendant _____Wel Mart Stores Inc_____ a corporation
by leaving a copy of the within action and summons with _____Linda Bartes ( Key Mgrt)_____ in charge of
the office and place of doing business of said Corporation in this County.

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in
an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing
notice to the defendant(s) to answer said summons at the place stated in the summons.

Diligent search made and defendant
Not to be found in the jurisdiction of this Court.

This _____6_____ day of ___May___, 2015.

_____
_____Sams (J Hall)_____
DEPUTY

_GWINNETT_ COUNTY, GEORGIA

SHERIFF DOCKET _____ PAGE _____

WHITE: Clerk     CANARY: Plaintiff Attorney     PINK: Defendant or Garnishee

*(left margin, vertical text)* GARNISHEE   PERSONAL   NOTORIOUS   CORPORATION   TACK & MAIL   NON EST

**SERVICE COPY**

SUMMONS       SC-85-1

# IN THE STATE COURT OF HOUSTON COUNTY
## STATE OF GEORGIA

NOLA C. MARQUEZ

CIVIL ACTION
NUMBER   _15-V-48757_

PLAINTIFF

VS.

WAL-MART STORES, INC. and WAL-MART STORES
EAST, LP (DELAWARE)

DEFENDANTS

### SUMMONS

TO THE ABOVE NAMED DEFENDANT: WAL-MART STORES EAST, LP (DELAWARE)

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

THOMAS H. HINSON
Westmoreland, Patterson, Moseley & Hinson, LLP
577 Mulberry Street, Suite 550
Fickling Building
Post Office Box 1797
Macon, GA. 31202-1797

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ____ day of **APR 1 4 2015** 15.

Clerk of State Court

BY: _Kendra H. Simons_

Deputy Clerk

*INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.*

IN THE STATE COURT OF HOUSTON COUNTY
STATE OF GEORGIA

NOLA C. MARQUEZ,                          :

      Plaintiff,                          :         CIVIL ACTION NO.:

                                :         15 - V - 48757

VS.                                       :

                                :

WAL-MART STORES, INC. and                 :         **COMPLAINT FOR DAMAGES -**
WAL-MART STORES EAST, LP                   :         **DEMAND FOR TRIAL BY JURY**
(DELAWARE),                                :

      Defendants,                         :

      COMES NOW Nola C. Marquez, Plaintiff, and makes and files this complaint against

Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP (Delaware) as follows:

1.

      Plaintiff Nola C. Marquez resides in Houston County, Georgia and is subject to the

venue and jurisdiction of this Court.

2.

      Wal-Mart Stores, Inc. is a foreign corporation existing under the laws of Delaware with

its principal place of business in Arkansas.

3.

      Wal-Mart Stores, Inc. may be served through its registered agent for service,

Corporation Process Company, at 2180 Satellite Boulevard, Suite 400 Duluth, Gwinnett

County, Georgia.

4.         **FILED IN OFFICE, STATE COURT OF
                    HOUSTON COUNTY**

      Wal-Mart Stores East, LP (Delaware) is a foreign corporation existing under the laws of

Delaware with its principal place of business in Arkansas.         **APR 1 4 2015**

_Kendra H. Simone_ . Clerk

5.

Wal-Mart Stores East, LP (Delaware) may be served through its registered agent for service, Corporation Process Company, at 2180 Satellite Boulevard, Suite 400 Duluth, Gwinnett County, Georgia.

6.

At the time of the incident giving rise to this complaint Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP (Delaware) operated a store known as Walmart Supercenter Store # 1367 (herein after referred to as Walmart Supercenter) located at 2720 Watson Boulevard in Warner Robins, Houston County, Georgia.

7.

Jurisdiction and venue is proper in this Court based upon O.C.G.A. § 14-2-510(b).

8.

On July 17, 2013, Plaintiff Nola C. Marquez visited the Walmart Supercenter on Watson Boulevard in Warner Robins, Houston County, Georgia to make a purchase.

9.

While inside of the Walmart Supercenter, Plaintiff Nola C. Marquez slipped and fell on a clear liquid substance, which was present on the floor in the area between the check-out registers and clothing section.

10.

There were no cones, "wet floor" signs, or other warning devices in the area of the clear liquid at the time of the fall.

11.

The liquid on the Walmart Supercenter floor constituted a dangerous condition that caused Plaintiff Nola C. Marquez to fall and strike the floor.

12.

As a result of Plaintiff Nola C. Marquez's fall, she suffered physical injuries, including but not limited to, her back and knee.

13.

At all times relevant hereto, Plaintiff Nola C. Marquez used ordinary care for her own safety and is free from contributory and/or comparative negligence.

14.

Plaintiff Nola C. Marquez was transported by ambulance to receive emergency medical treatment at the hospital and has required continued medical care.

15.

Plaintiff Nola C. Marquez has incurred the following medical expenses as a direct result of Defendants' negligence:

| | |
|---|---|
| Houston Healthcare EMS, Inc. | $484.10 |
| Houston Medical Center | 9,692.00 |
| Universal Radiology Consultant | 675.00 |
| OrthoGeorgia | 1,403.00 |
| Open MRI of Georgia, LLC | 1,650.00 |
| Leavengood Chiropractic Healthcare | 306.00 |
| TOTAL | $14,210.10 |

16.

Plaintiff Nola C. Marquez continues to receive medical treatment and incur medical expenses.

17.

Plaintiff Nola C. Marquez was employed at the time of the incident giving rise to this lawsuit. As a result of her injuries, she missed time at her job and has incurred lost wages.

18.

The specific amount of Plaintiff Nola C. Marquez's lost wages will be added to her Complaint by appropriate amendment at a later date.

19.

Plaintiff Nola C. Marquez endured substantial pain and suffering as a result of the Defendants' negligence.

20.

Plaintiff Nola C. Marquez was an invitee on the premises at the time of the fall.

21.

Defendants had exclusive ownership, possession, and control over Walmart Supercenter at all times relevant to this litigation.

22.

Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP (Delaware) owed a non-delegable duty of reasonable care in keeping the premises safe for invitees such as Plaintiff Nola C. Marquez.

23.

Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP (Delaware) were negligent in failing to properly inspect the area where the fall occurred, failing to remove the hazard from the floor, failing to take adequate measures to protect invitees from substances on the floor, failing to keep the premises safe for invitees, and were otherwise negligent.

24.

Defendants' negligence was the proximate cause of Plaintiff Nola C. Marquez's economic and non-economic injuries.

25.

At all times relevant to this action, the individuals responsible for inspecting, cleaning and maintaining the area where Plaintiff Nola C. Marquez fell were employed by Defendants and were acting within the scope of their employment.

26.

Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP (Delaware) are responsible for the conduct of these individuals under the doctrine of *respondeat superior*, agency, or apparent agency.

27.

Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP (Delaware) were negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections, cleaning, and maintenance were performed on the premises and in failing to train their employees concerning safety procedures for inspecting, cleaning, and maintaining the premises.

28.

Defendant Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP (Delaware) were negligent in training and supervising their staff, and were otherwise negligent.

29.

As a direct and proximate result of Defendants' negligence, Plaintiff Nola C. Marquez sustained damages for which compensation is allowed under Georgia Law.

30.

Plaintiff Nola C. Marquez is entitled to recover all economic and non-economic losses sustained as a direct and proximate result of Defendants' negligence.

WHEREFORE, the Plaintiff demands:

(a)    That summons issue under terms of law;

(b)    That all issues be tried before a jury of twelve (12);

(c)    That judgment be entered against the Defendants in an amount to be determined by the jury for all economic and non-economic losses; and,

(d)    That Plaintiff receive all other compensation which is just and appropriate under the circumstances.

THOMAS H. HINSON
Ga. State Bar No.: 356850
Attorney for Plaintiff

WESTMORELAND, PATTERSON, MOSELEY & HINSON, LLP
577 Mulberry Street, Suite 550
Fickling Building
Post Office Box 1797
Macon, GA. 31202-1797
Phone:  (478) 745-1651
Fax:      (478) 745-3208

**SHERIFF'S SERVICE INSTRUCTIONS:**

DEFENDANT WAL-MART STORES, INC. MAY BE SERVED BY  SECOND ORIGINAL BY THE SHERIFF OF GWINNETT COUNTY, GEORGIA IN CARE OF ITS REGISTERED AGENT FOR SERVICE OF PROCESS, TO WIT:

CORPORATION PROCESS COMPANY
2180 SATELLITE BOULEVARD, SUITE 400
DULUTH, GEORGIA 30097

DEFENDANT WAL-MART STORES EAST, LP (DELAWARE) MAY BE SERVED BY  SECOND ORIGINAL BY THE SHERIFF OF GWINNETT COUNTY, GEORGIA IN CARE OF ITS REGISTERED AGENT FOR SERVICE OF PROCESS, TO WIT:

CORPORATION PROCESS COMPANY
2180 SATELLITE BOULEVARD, SUITE 400
DULUTH, GEORGIA 30097