IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

NOLA C. MARQUEZ,

    Plaintiff,

v.

WAL-MART STORES, INC. and
WAL-MART STORES EAST, LP,

    Defendants.
_____/

Civil Action File No.
5:15-cv-00293-CAR

NOTICE OF SETTLEMENT

Comes now Defendant, and notifies the Court that this case has settled. The parties will file a Stipulation of Dismissal With Prejudice with the Court shortly.

    McLAIN & MERRITT, P.C.

    /s/ Howard M. Lessinger
    Howard M. Lessinger
    Georgia Bar No. 447088
    Attorneys for Defendant
    WAL-MART STORES EAST, LP.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 365-4514

**CERTIFICATE OF SERVICE**

This is to certify that on November 3, 2015, I electronically filed a <u>NOTICE OF SETTLEMENT</u> with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

McLAIN & MERRITT, P.C.


  /s/ Howard M. Lessinger
Howard M. Lessinger
Georgia Bar No. 447088
Attorneys for Defendant
WAL-MART STORES EAST, LP.

3445 Peachtree Road, N.E.
Suite 500
Atlanta, GA  30326
(404) 365-4514
(404) 364-3138 (fax)
hlessinger@mclain-merritt.com