IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

NOLA C. MARQUEZ,              Civil Action File No.
                                      5:15-cv-00293-CAR

      Plaintiff,

v.

WAL-MART STORES, INC. and
WAL-MART STORES EAST, LP,

      Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in this action having settled all issues asserted or that could have been asserted in this action. This case is hereby dismissed with prejudice, with each party to absorb its own costs of litigation.

This 10th day of December, 2015.


| /s/ Thomas H. Hinson | /s/ Howard M. Lessinger |
|---|---|
| Thomas H. Hinson | Howard M. Lessinger |
| Attorney for Plaintiff | Attorney for Defendant |
| Westmoreland, Patterson, Moseley | McLain & Merritt, P.C. |
| & Hinson, LLP | 3445 Peachtree Road NE |
| 577 Mulberry St., Suite 550 | Suite 500 |
| Post Office Box 1797 | Atlanta, GA  30326 |
| Macon, GA  31202-1797 | (404) 365-4514 |
| (478) 745-1651 | hlessinger@mclain-merritt.com |
| tommy@wpmlegal.com | |